UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LULLA P. JACKSON,

               Plaintiff,

        v.                                       Case No. 3:24-cv-2389-JPG

PHH CORPORATION and U.S. BANK
NAT'L ASS'N,

               Defendant.

## <u>MEMORANDUM AND ORDER</u>

       This matter comes before the Court on the Court's July 17, 2025, order to show cause (Doc. 13). In that order, the Court noted that there is no evidence in the record that service of process has been effected upon the defendants within 90 days after the filing of the complaint as prescribed by Federal Rule of Civil Procedure 4(m). The Court ordered plaintiff Lulla P. Jackson to show cause on or before August 8, 2025, why this case should not be dismissed without prejudice for failure to timely effect service and warned the plaintiff that his failure to respond in a timely manner would result in dismissal of this action. The plaintiff has not responded to the order to show cause. Accordingly, the Court hereby **DISMISSES** this case **without prejudice** pursuant to Rule 4(m) and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: August 12, 2025**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                      **DISTRICT JUDGE**