UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LULLA P. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PHH CORPORATION and U.S. BANK NAT'L ASS'N,<br><br>    Defendant. | Case No. 3:24-cv-2389-JPG |

## JUDGMENT

This matter having come before the Court, the plaintiff having failed to serve any defendant, and a decision having been rendered,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed without prejudice.

**DATED:  August 12, 2025**          **MONICA A. STUMP, Clerk of Court**

                                                        **s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**